IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

SUSAN L. PROPHET                                             PLAINTIFF

v.             Civil No. 14-2068

CAROLYN COLVIN, Commissioner
Social Security Administration                             DEFENDANT

# J U D G M E N T

For reasons stated in the memorandum opinion of this date, we hereby affirm the decision of the Commissioner and dismiss Plaintiff's case with prejudice.  **The parties have sixty days from entry of the judgment on the docket in which to appeal.**

IT IS SO ORDERED AND ADJUDGED this 14th day of May, 2015.


                                                       /s/ *Mark E. Ford*
                                                       HONORABLE MARK. E. FORD
                                                       UNITED STATES MAGISTRATE JUDGE